FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 4:21-MJ-2378 |
| vs. | ) |
| | ) |
| ELENA MARKHAM, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Received Rule 5 papers from the United States District Court, Southern District of Texas (Case No. 4:21-MJ-2378).