Sealed
Public and unofficial staff access to this instrument are prohibited by court order

AO 91 (Rev. 11/11) Criminal Complaint

United States Courts
Southern District of Texas
FILED
November 09, 2021
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

TRUE COPY I CERTIFY
ATTEST: 11/9/21
NATHAN OCHSNER, Clerk of Court
By: s/Rebecca Becknal
Deputy Clerk

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Elena Markham | ) Case No. 4:21-mj-2378 |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 3, 2021__ in the county of __Victoria__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. 115(a)(1)(B) | Threatens to assault, kidnap, or murder, a United States judge, with intent to impede, intimidate, or interfere with such judge while engaged in the performance of official duties, or with intent to retaliate against such judge on account of the performance of official duties. |

This criminal complaint is based on these facts:
see attached affidavit

☐ Continued on the attached sheet.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed. R. Crim. P. 4.1.
And probable Cause found:

*Complainant's signature*

Special Agent Forrest Johnson
*Printed name and title*

Date: November 09, 2021

*Judge's signature*

Peter Bray, U.S. Magistrate Judge
*Printed name and title*

City and state: Houston, Texas

## Affidavit In Support of Criminal Complaint

I, Forrest Johnson, being duly sworn, state as follows:

### I.    BACKGROUND OF AFFIANT

1. I am a Special Agent with the Federal Bureau of Investigation. I have been so employed since approximately June 2010. I am currently assigned to the Corpus Christi office within the Houston Division.

2. As part of my duties as an FBI Special Agent, I investigate criminal violations related to offenses committed against the laws of the United States including, but not limited to, white collar crimes, violent crimes, and assaults. As a Special Agent I have both led and participated in many large complex investigations. Through my training and experience I have become familiar with many tools used in investigations, including undercover operations, surveillance, and conducting interviews of witnesses, informants, and others with knowledge of the offense.

### II.    BASIS AND PURPOSE OF AFFIDAVIT

3. This affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint charging Elena MARKHAM with violating Title 18, United States Code, Section 115(a)(1)(B), which states, "Whoever threatens to assault, kidnap, or murder, a United States official, a United States judge, a Federal law enforcement officer, or an official whose killing would be a crime under such section, with intent to impede, intimidate, or interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties, shall be punished as provided in subsection (b)."

4. The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding

1

relevant facts. Because this affidavit is being submitted for the limited purposes set forth above, I have not included each and every fact known to me concerning this investigation.

### III.  SUMMARY OF THE INVESTIGATION

5. On or about April 30, 2021, the Victoria office of the Texas Department of Family and Protective Services received a call from an employee at DeTar Hospital North regarding Elena MARKHAM. MARKHAM had given birth to a child the previous day and the hospital staff was concerned as MARKHAM was acting strange and stating strange things. The hospital staff reported that MARKHAM stated she (MARKHAM) had been trafficked as a child and had some of her internal organs stolen. MARKHAM also stated the Child Protective Services were involved in stealing babies.

6. An investigator was assigned from the Texas Department of Family and Protective Services to evaluate the situation and ensure the safety of the newborn. The investigation ultimately led to the removal of the newborn from MARKHAM'S custody. Of note, the investigation discovered that MARKHAM had multiple children removed from her custody by officials in Spokane, Washington, MARKHAM'S hometown. Additionally, your Affiant surmises that MARKHAM had likely traveled to Victoria, Texas to evade the officials in Spokane and prevent them from removing the newborn from her custody.

7. After the removal of the newborn by Texas Department of Family and Protective Services, MARKHAM called an employee of the Texas Department of Family and Protective Services and left a voice message in which she (MARKHAM) threatened to shoot and kill the employee.

8. On or about May 24, 2021, MARKHAM filed a civil lawsuit in federal court in the Southern District of Texas against various individuals including employees for the Texas Department of Family and Protective Services, hospital staff at DeTar Hospital North, and local judges and law enforcement officers from Victoria County. The lawsuit requested the return of MARKHAM's

newborn as well as $3,805,000 to be paid in damages. The federal, civil lawsuit was assigned to Judge Drew Tipton and Magistrate Judge Julie Hampton.

9. On or about June 10, 2021, Judge Hampton recommended that the lawsuit be "dismissed with prejudice as frivolous" stating that "Markham fails to present any specific facts or a logical and coherent set of allegations to support her delusional and incredible claims that DFPS kidnapped her daughter to harvest its blood and organs."

10. On or about July 8, 2021, MARKHAM filed an objection to Judge Hampton's Memorandum and Recommendation. In the objection MARKHAM requests the newborn be returned to her and states, "If you are not willing to do so, then I have no other choice but to put all liens on your assist which I am, that is promise, I am not bluffing."

11. On or about October 11, 2021, Judge Tipton signed an order accepting Judge Hampton's Memorandum and Recommendation and the lawsuit was dismissed.

12. On or about November 3, 2021, a woman calling herself "Elena" left two, voicemail messages for Judge John Rainey on his office telephone. Judge Rainey's office telephone is provided by a Cisco VOIP phone system. The two messages were initially reviewed by Judge Rainey's Case Manager. The Case Manager contacted the U.S. Marshals regarding the messages. The U.S. Marshals advised the Case Manager to forward the messages to an Information Technology employee within the Southern District of Texas Systems Department. The Information Technology employee downloaded the two messages and sent them to the U.S. Marshals who then forwarded them to the FBI. According to the file name of the two messages, the two calls appear to have been made on November 3, 2021 at 1:24 pm and 1:29 pm. The first call is approximately 3 minutes and 46 seconds in length and the second call is approximately 4 minutes and 20 seconds in length.

13. The caller addresses the recipient of the messages as "Judge Rainey" and states that she wants to talk to him about the federal case that has been dropped. In the messages the caller states that she filed the lawsuit in May 2021. The caller also references MARKHAM'S newborn by name.

3

14. Law enforcement believes the caller to be MARKHAM based on the woman calling herself "Elena", referencing a dismissed lawsuit filed in Victoria in May 2021, referencing her newborn child by name, as well as comparing the voice of the caller to known voice messages left by MARKHAM.

15. In the voice messages, MARKHAM is upset over her lawsuit being dropped. She claims the judges are afraid of dealing with a human sex trafficker and then states, "what about a bullet in your head, maybe that'll work."

16. MARKHAM further states that she is not afraid and will put liens on all the federal judges. MARKHAM states that Judge Rainey is in her "war book".

17. Finally, MARKHAM states that if she sees Judge Rainey in a tunnel, he will be shot by her team.

## IV. CONCLUSION

18. Based on the above information, I respectfully submit that there is probable cause to believe that Elena MARKHAM has violated Title 18 U.S.C. 115(a)(1)(B).

FURTHER AFFIANT SAYETH NAUGHT.

Forrest Johnson
Special Agent
Federal Bureau of Investigation

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed. R. Crim P. 4.1. and probable cause found on this 9th day of November 2021.

HONORABLE PETER BRAY
United States Magistrate Judge

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

November 09, 2021

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | 4:21-mj-2378 |
| v. | § § | |
| ELENA MARKHAM | § | <u>UNDER SEAL</u> |

TRUE COPY I CERTIFY
ATTEST: 11/9/21
NATHAN OCHSNER, Clerk of Court
By: s/*Rebecca Becknal*
    Deputy Clerk

<u>**MOTION TO SEAL**</u>

The United States of America, by and through its Acting United States Attorney, Jennifer B. Lowery, and Carolyn Ferko, Assistant U.S. Attorney, files this Motion to Seal the criminal complaint and supporting affidavit, the arrest warrant, and this motion and order filed in this cause, and in support thereof would state the following:

The investigation underlying the complaint is ongoing and will continue beyond the timeframe necessary to execute the arrest warrant. In addition, the above named-defendant is not yet in federal custody relative to this case. The defendant is currently unaware of any pending federal criminal charges against her. If the defendant were to learn of the complaint, the arrest warrant, or this motion and order filed in this cause, she would likely flee.

Therefore, the United States respectfully requests the Court seal the above-referenced documents, and that no person shall have access to same except the Clerk

or his designated deputies, attorneys for the United States, and agents of the government who are involved in investigating this case. The United States is also requesting that these documents be automatically unsealed once the defendant is arrested without further order of the Court.

Respectfully submitted,

JENNIFER B. LOWERY
Acting United States Attorney

By:  *Carolyn Ferko*
CAROLYN FERKO
Assistant United States Attorney
713-567-9562

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | **4:21-mj-2378** |
| v. | | |
| ELENA MARKHAM | § | **UNDER SEAL** |

## ORDER TO SEAL

The United States Motion to Seal the above-referenced criminal complaint, the arrest warrant, and the motion and the order to seal, is hereby **GRANTED**. No person shall have access to same except the Clerk or his designated deputies, attorneys for the United States, and agents of the government who are involved in investigating this case. Upon arrest of the defendant, these documents will be automatically unsealed for the above-named defendant without further order of the Court.

SIGNED in Houston, Texas, this the 9th day of November 2021.

_____
HON. PETER BRAY
United States Magistrate Judge

TRUE COPY I CERTIFY
ATTEST: 11/9/21
NATHAN OCHSNER, Clerk of Court
By: s/ *Rebecca Becknal*
                          Deputy Clerk

Case 2:21-mj-00538-JAG   ECF No. 1-1   filed 11/18/21   PageID.10   Page 9 of 14

Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Elena Markham | ) Case No. | 4:21-mj-2378 |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Elena Markham ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, U.S.C. 115(a)(1)(B) - Threatens to assault, kidnap, or murder, a United States judge, with intent to impede, intimidate, or interfere with such judge while engaged in the performance of official duties, or with intent to retaliate against such judge on account of the performance of official duties.

Date: November 09, 2021                                   _____
                                                          *Issuing officer's signature*

                                                          HONORABLE PETER BRAY
City and state: Houston, Texas                            United States Magistrate Judge
                                                          *Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                                     _____
                                                          *Arresting officer's signature*

                                                          _____
                                                          *Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
Elena Markham )
)
) Case No. **4:21-mj-2378**
)
)
)

Defendant

TRUE COPY I CERTIFY
ATTEST: 11/9/21
NATHAN OCHSNER, Clerk of Court
By: s/Rebecca Becknal
Deputy Clerk

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Elena Markham ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, U.S.C. 115(a)(1)(B) - Threatens to assault, kidnap, or murder, a United States judge, with intent to impede, intimidate, or interfere with such judge while engaged in the performance of official duties, or with intent to retaliate against such judge on account of the performance of official duties.

Date: November 09, 2021

*Issuing officer's signature*

HONORABLE PETER BRAY
United States Magistrate Judge

City and state: Houston, Texas

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Elena Markham | ) Case No. | 4:21-mj-2378 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

TRUE COPY I CERTIFY
ATTEST: 11/9/21
NATHAN OCHSNER, Clerk of Court
By: s/Rebecca Becknal
                    Deputy Clerk

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Elena Markham ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, U.S.C. 115(a)(1)(B) - Threatens to assault, kidnap, or murder, a United States judge, with intent to impede, intimidate, or interfere with such judge while engaged in the performance of official duties, or with intent to retaliate against such judge on account of the performance of official duties.

Date: November 09, 2021

                                              *Issuing officer's signature*

City and state: Houston, Texas

HONORABLE PETER BRAY
United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
                                              Arresting officer's signature

                                              Printed name and title

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____